UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN LINSKI,   Case No. 2:12-cv-13306-PJD-DRG
    Plaintiff,   Hon. Patrick J. Duggan
-vs.-

CAVALRY PORTFOLIO SERVICES, LLC
    Defendant.
_____/

| NITZKIN & ASSOCIATES | COLLINS, EINHORN, FARRELL & ULANOFF |
|---|---|
| GARY D. NITZKIN (P41155) | DEBORAH A. LUJAN (P46990) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 W. 9 Mile Road | 4000 Town Center, Suite 909 |
| Southfield, MI 48033 | Southfield, MI 48075 |
| (248) 353-2882 | (248) 355-4141 |

_____/

## NOTICE OF SETTLEMENT

NOW COMES the parties, by and through undersigned counsel, and hereby inform the Court that this matter has been settled. The parties request 30 days to file the dismissal documents.

| /s/Gary D. Nitzkin | /s/Deborah A. Lujan |
|---|---|
| NITZKIN & ASSOCIATES | COLLINS, EINHORN, FARREL & ULANOFF |
| GARY D. NITZKIN (P41155) | DEBORAH A. LUJAN (P46990) |
| Attorney for Plaintiff | Attorney for Defendant |
| 22142 W. 9 Mile Road | 4000 Town Center, Suite 909 |
| Southfield, MI 48033 | Southfield, MI 48075 |
| (248) 353-2882 | (248) 355-4141 |