UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN LINSKI,
    Plaintiff,

-vs.-                                                Case No. 2:12-cv-13306
                                                      Hon. Patrick J. Duggan

CAVALRY PORTFOLIO SERVICES, LLC,
a foreign limited liability company,
    Defendant.
_____

**<u>NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS TO EITHER PARTY</u>**

    The Plaintiff hereby dismisses the within action with prejudice and without costs to either party.

                                                                Respectfully submitted

October 29, 2012                                /s/ Gary D. Nitzkin
                                                                  GARY D. NITZKIN (P41155)
                                                                  Attorney for Plaintiff
                                                                  22142 West Nine Mile Road
                                                                  Southfield, MI 48033
                                                                  (248) 353-2882
                                                                  GNitzkin@creditor-law.com